**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-15705

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:10-BK-12420-SSC |
| Eric L. MCallister | Chapter 7 |
| | NOTICE OF LODGING ORDER |
| Debtor. | |

U.S. Bank, National Association, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 20th day of August, 2010.

                                        Respectfully submitted,

                                        TIFFANY & BOSCO, P.A.

                                        BY  /s/ MSB # 010167
                                              Mark S. Bosco
                                              Leonard J. McDonald
                                              Attorneys for Movant

| | |
|---|---|
| 1 | Copy of the foregoing was |
| 2 | mailed this 20th day of August, 2010 |
| 3 | Eric L. MCallister |
| 4 | P.O. Box 5023 |
|   | Glendale, AZ  85312 |
|   | Debtor |
| 5 | |
| 6 | Elizabeth S. Langford |
|   | 14021 North 51st Avenue |
| 7 | Suite 108 |
|   | Glendale, AZ  85306 |
| 8 | Attorney for Debtor |
| 9 | Eric M. Haley |
|   | PO Box 13390 |
| 10 | Scottsdale, AZ  85267 |
| 11 | Trustee |
| 12 | Maricopa County Treasurer |
|   | 301 W. Jefferson |
| 13 | Room 100 |
|   | Phoenix, AZ 85003-2199 |
| 14 | |
| 15 | U.S. Trustee |
|   | 230 North 1st Avenue |
| 16 | Phoenix, AZ 85003-1706 |
| 17 | By:  Julie Purvis |

# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-15705

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Eric L. MCallister<br>      Debtor.<br>_____<br>U.S. Bank, National Association<br>      Movant,<br>  vs.<br><br>Eric L. MCallister, Debtor, Eric M. Haley, Trustee.<br><br>      Respondents. | No. 2:10-BK-12420-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated February 5, 2004 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Eric L. MCallister has an interest in, further described as:

> Lot 8, PECOS ALDEA UNIT IX, according to Book 395 of Maps, Page 49 records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.